**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT C. DENHAM,** ) | CV F 05-0995 AWI DLB |
| ) | |
| Plaintiff, ) | **ORDER VACATING** |
| ) | **NOVEMBER 14, 2005** |
| v. ) | **HEARING DATE AND** |
| ) | **TAKING MATTER UNDER** |
| ) | **SUBMISSION** |
| **GOVERNOR ARNOLD** ) | |
| **SCHWARZENEGGER, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendants Williams, Jackson, Kenneally, Vazquez, Schwarzenegger, and L'Etolite have filed a motion to dismiss.[1]  The motion to dismiss has been set for hearing in this case on November 14, 2005.  The court has reviewed the moving papers and opposition and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 14, 2005, is VACATED, and the parties shall not appear at that time.  As of November 14, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 9, 2005**              /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE

---

[1] Defendants Castaneda, Mountain, and Rowlings have also filed a motion to dismiss. This motion is set for hearing on December 12, 2005.